**SO ORDERED.**

**SIGNED this 8th day of May, 2026.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BRITTANY IRENE JOHNSON, | ) | **ORDER** |
| | ) | |
| | ) | No. B-26-50122  C-13W |
| Debtor. | ) | |

This Chapter 13 case came before the Court upon the Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 ("Motion") filed by Hyundai Capital America d/b/a Hyundai Motor Finance ("Creditor") regarding a 2025 Hyundai Elantra VIN: KMHLL4DG4SU919168 (the "Vehicle"). There were no objections or other responses contesting the Motion filed on or before April 22, 2026, the deadline set by the Office of the Clerk for filing such pleadings, and the Court, having reviewed the Motion and the record of this case finds as follows:

The Motion has not been opposed.  Cause exists to grant the Motion; therefore, it is

**ORDERED** that the automatic stay is modified to allow the Creditor to repossess and liquidate the Vehicle and apply the sale proceeds to its account. The surrender of the vehicle is in full satisfaction of the Creditor's secured claim; and it is further

**ORDERED** that the Creditor shall have 120 days from the date of confirmation of the Debtor's Plan to file a deficiency claim, unless the Court, for good cause shown, by motion filed before the expiration of this period, extends the same; and it is further

**ORDERED** that, upon disposition of the Vehicle, the Creditor must provide an explanation of any surplus to the Trustee, Debtor's Counsel and the Debtor within 14 days and send payment of such surplus to the Trustee within 60 days pending further order of the Court regarding its disposition; and it is further

**ORDERED** that this Order is effective immediately notwithstanding the provisions of Rule 4001(a)(4)  of the Federal Rules of Bankruptcy Procedure.

(END OF DOCUMENT)

PARTIES TO BE SERVED
PAGE 1 OF 1
B-26-50122 - C-13W


BRITTANY IRENE JOHNSON
127 JULIAN POND LANE
KERNERSVILLE, NC 27284

TOMMY S BLALOCK III
BLALOCK LAW OFFICES PA
620 GREEN VALLEY ROAD STE 209
GREENSBORO, NC 27408

HYUNDAI CAPITAL AMERICA
DBA HYUNDAI MOTOR FINANCE
P O BOX 20809
FOUNTAIN VALLEY, CA 92728

EUDORA F.S. ARTHUR
WOMBLE BOND DICKENSON(US)LLP
555 FAYETTEVILLE STREET, SUITE 1100
RALEIGH, NC 27601

BRANDI RICHARDSON
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115